UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STERLING EQUIPMENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 12-11501-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| M/T GREAT EASTERN and her engines, | ) | |
| machinery, tackle, appurtenances, | ) | |
| etc., in *rem*, and | ) | |
| FB TANKSHIP IV LTD., in *personam*, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In accordance with this Court's Memorandum and Order of September 19, 2014, granting the defendant's Motion for Summary Judgment (Dkt. No. 26), for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the defendants against the plaintiff.**

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: September 25, 2014